John M. SMYTH, Mary Smyth Nelson, William P. Smyth, Trustees of The John M. Smyth Trust Estate, Petitioners, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 6728.

Circuit Court of Appeals, Seventh Circuit.

July 27, 1938.

Before EVANS, Circuit Judge.

EVANS, Circuit Judge.

On motion of counsel for respondent, counsel for petitioners consenting thereto, and upon consideration of the certificate of the Clerk of the United States Board of Tax Appeals, it is ordered and adjudged that this cause be docketed in this court and that the petition of John M. Smyth, Mary Smyth Nelson, and William P. Smyth, trustees of the John M. Smyth Trust Estate, for a review of the decision of the United States Board of Tax Appeals, entered therein on August 10, 1937, be, and the same is hereby, dismissed.

---

SOUTHWESTERN ILLINOIS COAL CORPORATION v. NATIONAL BITUMINOUS COAL COMMISSION.

No. 6564.

Circuit Court of Appeals, Seventh Circuit.

Feb. 16, 1939.

Before SPARKS and MAJOR, Circuit Judges.

PER CURIAM.

Upon all the papers and proceedings heretofore had in this action, now, upon motion of the respondent, dated the 6th day of February, 1939.

It is hereby ordered that the order of this court dated the 17th day of February, 1938, granting an injunction pendente lite be set aside, and the injunction vacated, and the petition be, and the same hereby is dismissed, without costs to either party, on the ground that this cause has become moot.

---

Irwin STAGNER, by Edward H. Lillie, Legal Guardian, Appellant, v. The UNITED STATES of America, Appellee.

No. 7760.

Circuit Court of Appeals, Sixth Circuit.

Feb. 14, 1939.

Shook, Davies, Hoover & Beall, of Cincinnati, Ohio, for appellant.

Francis C. Canny, U. S. Atty., of Cincinnati, Ohio.

Before HICKS, SIMONS, and HAMILTON, Circuit Judges.

PER CURIAM.

The court being of the opinion that the letter dated March 27, 1933, from the Veterans Administration to Edward H. Lillie, Guardian, did not constitute a denial of the claim sued on (Section 19 of the World War Veterans' Act 1924, as amended by Act July 3, 1930, 38 U.S.C. § 445, 38 U.S.C.A. § 445; Act June 29, 1936, ch. 867, § 404, 49 Stat. 2034, 38 U.S.C. § 445d, 38 U.S.C.A. § 445d) so as to confer jurisdiction of this cause upon the District Court, it is therefore ordered and adjudged that the order appealed from be and the same is affirmed.

The court, for the reasons indicated, being without jurisdiction to consider it, does not pass upon the question whether appellant's claim is barred by the pertinent provisions of the statute of limitations (Sec. 445, Tit. 38 U.S.C., 38 U.S.C.A. § 445).